IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                        Plaintiff,                        JUDGMENT

    v.

                                                          10-po-16-slc

LYN ELLIOTT,

                        Defendant.
_____

On October 12, 2010, this court held a bench trial on the speeding ticket issued against defendant Lyn Elliott in Violation Notice No. 1010462. The court found Mr. Elliott liable on the ticket for having traveled 9 MPH over the posted speed limit. The court assessed the statutory fine and processing fee, totaling $65, against Mr. Elliott, to be paid forthwith.

Entered this 12th day of October, 2010.

                                         BY THE COURT:

                                         /s/

                                         STEPHEN L. CROCKER
                                         Magistrate Judge